# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

In Re: In Re Debtor Mahvash Mazgani

DEBTOR(S)

Mehmet Veli Aslan

PLAINTIFF(S)

v.

DEFENDANT(S)

DISTRICT COURT CASE NUMBER
2:26-cv-02165-WLH

BANKRUPTCY COURT CASE NUMBER
2:19-bk-21655

ADVERSARY PROCEEDING CASE NUMBER

## NOTICE OF ASSIGNMENT TO U.S. DISTRICT JUDGE; PROPOSED ORDER

Pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges, the

☒ Motion to Withdraw Reference, or ☐ Application for Leave to Appeal an Interlocutory Order

from the U.S. Bankruptcy Court to the U.S. District Court for the above-entitled matter has been assigned to District Judge Wesley L. Hsu for determination.

---

After considering the above, IT IS HEREBY ORDERED that the:

☐ Motion for Leave to Appeal is DENIED.

☐ Motion to Withdraw Reference is DENIED and referred back to the U.S. Bankruptcy Court.

The U.S. District Court case number is hereby closed. All subsequent documents should be filed with the U.S. Bankruptcy Court under the Bankruptcy Court and Adversary Proceeding case numbers shown above.

Date ____________________ United States District Judge ____________________

---

After considering the above, IT IS HEREBY ORDERED that the:

☐ Motion for Leave to Appeal is GRANTED

☐ Motion to Withdraw Reference is GRANTED

All subsequent documents addressing the above issue must be filed electronically in the **U.S. District Court**, unless excluded from electronic filing pursuant to Local Rule 5-4.2(b)(4), and the caption **must** include the District Court Case No., Bankruptcy Court Case No., and Adversary Proceeding Case No. (see above). Unless otherwise ordered by the Court, pro se litigants shall continue to present all documents to the Clerk for filing in paper format.

Date ____________________ United States District Judge ____________________